Houston Ray ANDERSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27351.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 99 years.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.